UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALISSA P., <br>           Plaintiff, <br>     v. <br> FRANK J. BISIGNANO, <br>           Defendant. | Case No. 24-cv-06465-SI <br><br> **JUDGMENT** |

The Court has reversed the decision of the Commissioner and remanded this case for immediate payment of benefits pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 19, 2025

SUSAN ILLSTON
United States District Judge